FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2020

No. 04-20-00445-CV

Jimmy and Cherly **WILLIAMS**,
Appellants

v.

**GUADALUPE-BLANCO RIVER AUTHORITY** and its Officers and Directors,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-2054-CV
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

In this accelerated appeal, the clerk's record was due on September 21, 2020. After the due date, the Guadalupe County District Court Clerk filed a notification of late record indicating the record would be filed on September 29, 2020.

As promised, the clerk's record was filed on September 29, 2020. The clerk's request for an extension of time is GRANTED. The clerk's record is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court